ERNEST JESPER, Respondent, *v.* THE PRESS PUBLISHING COMPANY, Appellant.

*Jesper* v. *Press Pub. Co.,* 76 Hun, 64, affirmed.
(Argued June 1, 1896; decided June 16, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict, and granted a new trial.

*John M. Bowers* for appellant.

*A. W. Tenney* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.
All concur.

---

GEORGE E. RAMSEY et al., Respondents, *v.* THE KEYSTONE GAS COMPANY, Appellant.

*Ramsey* v. *Keystone Gas Co.,* 79 Hun, 611, affirmed.
(Argued June 2, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 20, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*S. C. Cary* for appellant.

*F. W. Kruse* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT, J., not sitting.